# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Sloan Medved,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Midwest Check Cashing, Inc., et al.<br><br>　　　　　Defendants. | No. CV-16-00402-PHX-DMF<br><br>**ORDER** |

　　　　Plaintiff filed his Complaint on February 12, 2016. On April 13, 2016 the Magistrate Judge issued her Report and Recommendation recommending that Plaintiff's Complaint be dismissed without leave to amend and denying as moot Plaintiff's pending motions. In her Report and Recommendation the Magistrate Judge advised Plaintiff that he had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

　　　　The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

　　　　**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 8)

　　　　**IT IS FURTHER ORDERED** dismissing Plaintiff's Complaint without leave to amend.

**IT IS FURTHER ORDERED** denying as moot Plaintiff's Application for Leave to Proceed in Forma Pauperis, Motion to Allow Electronic Filing and Motion to Serve Summons to Waive the Costs of Serving Summons and Serve Through U.S. Marshall. (Docs. 2, 4 and 6)

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 3rd day of May, 2016.

_____
Susan R. Bolton
United States District Judge